# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| LYNETTE CONSTABLE, ) | Case No.: 2:09-cv-01621-JWS |
| ) | |
| Plaintiff, ) | ORDER RE: STIPULATION OF |
| ) | DISMISSAL WITH PREJUDICE |
| v. ) | |
| ) | |
| MIDLAND CREDIT MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above reference matter is hereby dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: July 14, 2010 /s/   John W. Sedwick
 United States District Judge